UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALPHONZIA JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON INC.,<br><br>Defendant. | Case No. 3:26-cv-30045 |

**DEFENDANT SMITH & WESSON INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Smith & Wesson Inc. ("Smith & Wesson") hereby moves to dismiss Plaintiff Alphonzia Jacobs's Complaint. In support of this Motion, Smith & Wesson relies on its Memorandum of Law, filed herewith.

Plaintiff is a former Smith & Wesson employee whose employment was terminated on October 10, 2022, after he exhausted his approved medical leave and failed to return to work or provide medical documentation for an extension of his leave. Plaintiff did not bring suit, however, until October 20, 2025, more than three years after his termination.[1] As a result, Plaintiff's claims under federal and state law are barred by the applicable statutes of limitations or otherwise precluded as a matter of law, and Plaintiff's Complaint should be dismissed with prejudice.

[1] Plaintiff filed suit in Massachusetts Superior Court, Hampden County, on October 20, 2025. After being served with the Complaint on February 19, 2026, Smith & Wesson removed the case to this Court on March 20, 2026, based on federal-question jurisdiction.

Respectfully submitted,

SMITH & WESSON INC.,

By its attorneys,

/s/ *Anthony L. DeProspo, Jr.*

Anthony L. DeProspo, Jr. (BBO #644668)
Allison L. Cheney (BBO #712941)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900
(978) 623-0908
(adeprospo@shpclaw.com)
(acheney@shpclaw.com)

March 27, 2026

**Certificate of Compliance with Local Rule 7.1(a)(2)**

I, Anthony L. DeProspo, Jr., counsel for Smith & Wesson Inc., certify that I conferred with Plaintiff (who is *pro se*) at approximately 11:00 am on March 27, 2026, in a good-faith attempt to resolve or narrow the issues presented by this motion. Plaintiff did not assent to the relief sought in this motion.

/s/ *Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr.

**CERTIFICATE OF SERVICE**

I, Anthony L. DeProspo, Jr., hereby certify that on the 27th day of March, 2026, I caused a true and correct copy of the foregoing document to be served via email and first-class mail, postage prepaid, upon Plaintiff:

Alphonzia Jacobs, Jr.
140 Norfolk Street
Springfield, MA 01109
alphonzia413@comcast.net

/s/Anthony L. DeProspo, Jr.
Anthony L. DeProspo, Jr.