**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AUG 11 PM12:45

**ALPHONZIA JACOBS, JR.,**
*Plaintiff,*

v.

**SMITH & WESSON, INC.,**
*Defendant.*

Case No. 3:26-cv-30045-MGM

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

NOW COMES the Plaintiff, Alphonzia Jacobs, Jr., appearing pro se, and pursuant to D. Mass. L.R. 7.1(b)(3), respectfully moves this Court for leave to file the accompanying Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment (the proposed Reply is filed herewith as a separate document). In support of this Motion, Plaintiff states as follows:

1. On or about August 6, 2026, Defendant Smith & Wesson, Inc. ("Defendant") filed the Declaration of Anthony L. DeProspo, Jr. (ECF No. 25), invoking Fed. R. Civ. P. 56(d) and requesting that the Court defer or deny consideration of Plaintiff's pending Motion for Summary Judgment pending discovery.

2. Defendant has not filed any memorandum addressing the merits of Plaintiff's Motion for Summary Judgment.

3. Plaintiff respectfully submits that a brief reply, limited to the Rule 56(d) request raised in the Declaration, will assist the Court in evaluating that request, including because certain of the facts identified in the Declaration as requiring discovery are not, in fact, in dispute or are matters already within Defendant's own possession, custody, or control.

4. The proposed Reply Memorandum does not exceed ten (10) pages, double-spaced, and is narrowly limited to the issues raised in Defendant's Rule 56(d) Declaration.

5. Plaintiff, appearing pro se, has been unable to confer with counsel for Defendant regarding assent to this Motion prior to filing, but does not believe Defendant will be prejudiced by the Court's consideration of a short, targeted reply.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the accompanying Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

[signature]

**ALPHONZIA JACOBS, JR.**
Plaintiff, Pro Se
140 Norfolk Street
Springfield, MA 01109
(413) 244-2938
alphonzia413@comcast.net
Dated: 8/11, 2026

**CERTIFICATE OF SERVICE**

I, Alphonzia Jacobs, Jr., hereby certify that on this 11th day of August, 2026, I served a true copy of the foregoing document upon counsel of record for Defendant Smith & Wesson, Inc. by e-mail and/or the Court's ECF system, addressed to:

Anthony D. DeProspo, Jr.

[signature]

Alphonzia Jacobs, Jr.